No. 810. LUTCHER & MOORE LUMBER COMPANY ET AL., PETITIONERS, *v.* WILLIAM H. KNIGHT ET AL. Decem-

